Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Roberto Correa  **Case Number:** 14-CR-10257

**Name of Sentencing Judicial Officer:** Honorable Mark L. Wolf, Sr. U.S. District Judge

**Date of Original Sentence:** 1/28/16

**Original Offense:** Possession with Intent to Distribute Marijuana, in violation of 21 U.S.C. 841

**Original Sentence:** Time Served (508 days), followed by 36 months of supervised release

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 1/28/16

---

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| I | **Violation of Special Condition #7: The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.**<br><br>On 10/5/16, Roberto Correa provided a urine sample for drug testing. Laboratory analysis of that sample revealed that it was positive for amphetamines. |

U.S. Probation Officer Action: Upon learning of the positive drug test, the probation asked Mr. Correa for an explanation. Mr. Correa at first denied any drug use, and said that he had no idea why it was positive. Based on that conversation, it seemed that Mr. Correa did not have a good understanding of what an amphetamine was. Eventually, through the course of the discussion, it came to light that, on an unknown date shortly before the 10/5/16 drug test, he had taken an Adderall pill, which is an amphetamine. Mr. Correa explained that he had not been feeling well and had been stressed. One of his co-workers, who reportedly had a valid prescription for Adderall, gave Mr. Correa the pill to help him feel better. Mr. Correa took the pill from his co-worker. Mr. Correa now understands that his decision to accept the pill from his co-worker and to ingest it was wrong. However, he reports that he did not appreciate that fact at the time. He saw it as a medication approved by a doctor, and not a "street drug", so he did not think of it as problematic.

Mr. Correa is a participant in the RESTART program, and he has been sanctioned in RESTART. The probation officer has explained the relevant expectations with Mr. Correa, and he seems to have a better understanding at this time. In addition to processing the incident with the probation officer and in RESTART, Mr. Correa has further processed the incident during his Interactive Journaling sessions. (Interactive Journaling is a Cognitive-Behavioral Treatment-based intervention focusing on individual's thinking styles, designed to help them understand the link between their thoughts, their behaviors, and the resulting outcomes.) This was the first positive drug test that Mr. Correa has had since commencing supervision. Based on all of those factors, the Probation Office does not

Prob 12A                                         - 2 -                                    **Report on Offender**
                                                                                              **Under Supervision**

recommend any formal judicial action at this time.

Reviewed/Approved by:                                         Respectfully submitted,

 /s/ Jeffrey R. Smith                          By       /s/ Brett Wingard
Jeffrey R. Smith                                              Brett Wingard
Supervising U.S. Probation Officer                            Sr. U.S. Probation Officer
                                                              Date: 11/9/16

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ]     Submit a Request for Modifying the Conditions or Term of Supervision
[ ]     Submit a Request for Warrant or Summons
[ ]     Other


                                                              _____
                                                              The Honorable Mark L. Wolf
                                                              Senior U.S. District Judge


                                                              _____
                                                              Date