✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF          MA

UNITED STATES

V.

ROBERTO CORREA

**EXHIBIT AND WITNESS LIST**

Case Number:  14-CR-10257-MLW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| David H. Hennessy, USMJ | Pohl | Lapore |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/7/2017 | 2:30 | Belpedio |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 2/7/17 | | | Alvin Holder |
| | | | | | Brett Wingard |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 2/7/17 | X | X | Map Edinboro Street |
| 2 | | 2/7/17 | X | X | Disc containing video |
| 3 | | 2/7/17 | X | X | Summary of Report |
| 4 | | 2/7/17 | X | X | Compilation of Reports |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1       Pages