UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Criminal No. 1:14-CR-10257-MLW |
| ) | |
| ROBERTO CORREA ) | |
|       Defendant ) | |

**DEFENDANT'S EMERGENCY MOTION FOR TEMPORARY RELEASE FROM CUSTODY TO ATTEND THE SERVICES AND FUNERAL OF A FAMILY MEMBER**

The defendant, Roberto Correa, moves this Honorable Court to grant him a temporary release from custody so he may attend the funeral services for his uncle. In support hereof, the defendant states the following;

1. The defendant's uncle, David Carroll passed away suddenly on January 13, 2018.

2. The defendant had a very close relationship with his uncle. As they were very close in age they were more like brothers than uncle and nephew.

3. The defendant respectfully requests that he be temporarily released from custody so he may attend the services and funeral.

4. The services are at Conley Funeral Home 138 Belmont Street Brockton on Monday January 22, 2018 from 4-8pm.

5. The funeral will begin at the funeral home on Tuesday January 23, 2018 at 9:30am followed by a funeral Mass at St. Edith Stein Church in Brockton at 10:30am and then proceed to the burial at Calvary Cemetery, Brockton.

6. Accordingly, the defendant respectfully requests that he be placed on a GPS monitor and to remain in the presence of his adult daughter and or mother at all times and then return to the Court by 3:00 pm on Tuesday January 23, 2018.

7. Wherefore, the defendant respectfully requests that this Honorable grant his motion so he may attend the services and properly grieve the loss of his family member.

                Respectfully Submitted
                Roberto Correa
                By counsel
                */s/ Carmine P. Lepore*

                _____
                Carmine P. Lepore
                Lepore & Hochman, PA
                One Sprague Street
                Revere, MA 02151
                (781) 286-8800
                BBO # 564603

January 18, 2018

## CERTIFICATE OF SERVICE

I, Carmine P. Lepore, hereby certify that the above document was filed through the Electronic Court Filing system and served on all registered participants on January 18, 2018.

                /s/ Carmine P. Lepore